IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 JUL -1 A 9: 28

Charles Anthony Kegler 127802
Full name and prison number of plaintiff(s)

v.

WARDEN G. MOSLEY

ASST. WARDEN N. JONES

C'lassification MS. WILSON

LT. Willie BRYANT

Co. BRyAN GAUINS

Name of person(s) who violated your constitutional rights. (List the names of all the persons.)

CIVIL ACTION NO. 2:05CV619-F
(To be supplied by Clerk of U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (X)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            Defendant(s) _____N/A_____

        2.  Court (if federal court, name the district; if state court, name the county) _____N/A_____

3. Docket number _N/A_
4. Name of judge to whom case was assigned _N/A_
5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_
6. Approximate date of filing lawsuit _N/A_
7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _EASTERLING COR. FAC._

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _EASTERLING CORRECTION FACILITY_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                                ADDRESS
1. WARDEN G. MOSLEY   200 WALLACE DR. CLIO, AL. 36017
2. ASST. WARDEN H. JONES   200 WALLACE DR. CLIO, AL. 36017
3. CLASSIFICATION MS. WILSON   SAME AS ABOVE
4. LT. Willie BRYANT -   SAME AS ABOVE
5. CO. BRYAN GAWINS -   SAME AS ABOVE
6. CAPT. SCONYERS

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _MAY of 05 TO PRESENT DATE_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _1ST, 4TH, 14TH AMENDMENT DUE PROCESS WHICH ADOC AFFORD BY CLASSIFICATION HEARING._

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

PLAINTIFF WAS TRANSFERED FROM HAMILTON A AND I UNDER SECURITY LEVEL II ASSIGNMENT. PLAINTIFF HAS BEEN OUTRIGHTLY DENIED FREE SPEECH, ILLEGALLY SEIZED, AND DENIED DUE PROCESS RIGHTS TO HAVE A RE-CLASS HEARING. EACH NAMED DEFENDANT HAS USED THEIR STATE LAW POSISTION TO DENY ADMINISTRATIVE REVIEW.

GROUND TWO: USE OF ILLEGAL ACTS UNDER BRIBERY TO PROVIDE A TRANSFER. 18 U.S.C 241, 242

SUPPORTING FACTS: PLAINTIFF IS BEING OFFERED A TRANSFER BY ILLEGAL ACTS. DEFENDANTS HAVE SERVED PLAINTIFF WITH NOTICE THAT THE ONLY MEANS OF TRANSFER IS TO TAKE THE FEDERAL APPROVED PROGRAM. DEFENDANTS ARE USING THE PROGRAMS UNDER FEDERAL GRANT TO HOLD PLAINTIFF IN A LEVEL FOUR, WHERE PLAINTIFF HAS LEVEL II SECURITY AND MINIMUM CUSTODY.

GROUND THREE: VIOLATION OF SIXTH, FOURTH, AND STATE LAW RIGHTS UNDER ALABAMA CRIMINAL CODE.

SUPPORTING FACTS: PLAINTIFF IS HOUSED AT EASTERLING COR. FAC. WHERE HE HAS A STATE RIGHT INVESTED UNDER ALABAMA LAW TO SMOKE TOBACCO PRODUCTS. PLAINTIFF'S RIGHT TO CONTINUE TO HAVE STATE LAW APPLICATION TO SMOKE CIGARETTES IS BEING VIOLATED, WHERE THE ONLY PROHIBITION IS NOT TO SMOKE IN A STATE BUILDING. DEFENDANTS HAVE FAILED TO PROVIDE AND SHOW THE LEGISLATIVE ACTS WHICH ESTABLISH EASTERLING CORRECTIONAL FACILITY AS A TOBACCO CONTRABAND IN VIOLATION OF STATE LAW. TO MAKE TOBACCO PRISON CONTRABAND.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff demand full return to Level II facility where Re-class Hearing was violated under ADOC Policy. Plaintiff seeks Twenty Thousand Dollars each Defendant Individually

_Charles Anthony Kegler_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  June 28, 2005 .
(Date)

_Charles Anthony Kegler_
Signature of plaintiff(s)

Action Four - State Health Law Violations. Violation of 8th and 14th Amendments of the Constitution

Plaintiff Charles A. Kegler is housed at Easterling Correction Facility located in Clio, Alabama in Barbour County, Alabama.

The defendants violate state health law by failure to providing clean drivning water. Defendants are providing inmates with water that is contaminted, with lead, algee, and toxic matecins. Babour County Health Agents, City of Clio, and Defendant Warden Mosley, and Donal Campbell owe a legal duty to provide drinking water, and water that is usable for personal hygene.

The water at Easterling Correctional Facility is dangerous to and for human use and consumtion.

The water is contaminated (1) the kitchen, and (2) the water from tower.

Defendants under Alabama Code must perfom a legal duty; to provide clean safe water.

Each defendant has violated health code, and state officals have conspired together to illegally violate the constitutional rights of plaintife and each inmate housed at Easterling

THE COURT OWE EACH INMATE A LEGAL DUTY TO HAVE A TEST DONE OF THE TOWER WATER AND THE WATER IN THE KITCHEN AND EACH OF THE DORM AT EASTERLING.

A COPY OF THE TEST REVEALED TO PLAINTIFF AND THIS COURT.

PLAINTIFF SHOWS THAT THE WATER HAS CAUSED THE OUTBREAK OF SKIN DISEASE, AND OTHER SERIOUS HEALTH PROBLEMS AT EASTERLING.

THE COURT FOR HEALTH AND EXPOSURE TO DEATH IS TO SERIOUS TO IGNORE, INJUNCTION IS NECESSARY.

### RELIEF REQUESTED

(1.) DEFENDANTS BABOUR COUNTY, ALABAMA, AND THE CITY OF CLIO TO HAVE ALL DRINKING WATER TESTED AND REPORTS PROVIDED TO PLAINTIFF AND THIS COURT.

(2.) DEFENDANTS MOSLEY AND CAMPBELL TO PROVIDE DRINKING WATER TO ALL INMATES BY BOTTLE WATER FOR HEALTH STANDARDS AS REQUIRED BY FEDERAL AND STATE GUIDE LINES.

(3.) THE COURT ISSUE AN ORDER FOR THE FULL TESTING OF ALL WATER AT EASTERLING BY CERTIFIED AGENT.

2

(4.) THE COURT TO ISSUE AN ORDER FOR PRISON COMMISSIONER TO SHOW CAUSE WHY INMATES AT EASTERLING SHOULDN'T BE REMOVED FOR HEALTH VIOLATIONS THAT EXIST AT EASTERLING.

(5.) THE COURT TO ISSUE AN ORDER FOR SECURITY TO BE ENFORCED. PLAINTIFF TO HAVE THE COURT'S PROTECTION, ORDERING DOC TO REFRAIN FROM HARASSMENT, AND RETALIAZION FROM FILING THIS CIVIL ACTION.

(6.) THAT ALL ILLEGAL SEGREGATION BE ORDERED STOPPED.

(7.) THE STATE HEALTH AGENTS, BABOUR COUNTY COMMISSIONERS, CITY OF CLIO, WARDEN MOSLEY, AND COMMISSIONER DONAL CAMPBELL HAVE KNOWINGLY, AND EXPOSED EACH AND EVERY INMATE AT EASTERLING CORRECTIONAL FACILITY TO SERIOUS HEALTH VIOLATIONS.

(8.) THE WATER AT EASTERLING CORRECTIONAL FACILITY IS CONTAMINATED AND EVERY INMATE SHOULD BE REMOVED.

8. ~~THE AT EASTERLING CORRECTIONAL~~

(9) THE MENISTRATION HAS BEEN TAMPERING WITH THE INMATES MAIL INCOMEING AND THE OUT GOING. THIS NEED TO BE STOPED NOW.

3

GROUND FIVE - ACCESS TO COURT DENIAL OF SIXTH AMENDMENT.

(1.) DEFENDANT B. GAVINS, AND LT BRYANT HAVE A HOURLY SCHEDULE THAT PROHIBIT AND DENY PROPER, AND MEANINGFUL ACCESS TO COURT. THE SCHEDULE STATES OPENS AT 12 NOON TUES THROUGH FRIDAY. EASTERLING LAW LIBRARY SUPERVISOR GAVINS, AND BRYANT DON'T OPEN THE LAW LIBRARY AT 12 NOON FOR ANY DORM AT EASTERLING TO HAVE ACCESS BASED ON THE SCHEDULE.

(2.) DEFENDANT GAVINS AND BRYANT FAIL TO PROVIDE SUFFICIENT NUMBER OF INMATE LAW CLERKS FOR THE AMOUNT OF INMATE HOUSED AT EASTERLING CORRECTIONAL FACILITY.

(3) PLAINTIFF AND ALL OTHERS WHO HAVE KNOWLEDGE OF LAW AND WHO ASSIST FREE OF CHARGE ARE TARGETED FOR ILLEGAL DISCIPLINARY AND CITATIONS.

(4) PLAINTIFF STATE A CLAIM WHERE THE MIND FRAME AND INTENT OF DEFENDANT GAVIN IS CENTERED ON EVIL ACTS, AND RACIAL DISCRIMINATION TO TARGET BLACK MEN INMATES TRAINED IN LAW.

4

## GROUND-SIX

VIOLATION OF 8th AND 14TH AMENDMENT INFICTION OF UNAUTHORIZED PUNISMENT WITH DENIAL OF DUE PROCESS

DEFENDANT MOSLEY HAVE CREATED UNAUTHORIZED PUNISHMENT AT EASTERLING CORRECTION FACILITY BY FORMING, AND ALLOWING TO BE FORM ILLEGAL DISCIPLINARY HEARING'S, AND WRITING OF ILLEGAL CITATIONS.

DEFENDANT ANGELIA BROWN DISCIPLINARY HEARING OFFICER APPOINTED AND SERVING AS HEARING OFFICER FOR FIRST SHIFT. DEFENDANT BROWN HAS FALLED TO FOLLOW THE REQUIRED DUE PROCESS PROCEEDINGS AS OUTLINE BY ADOC REGULATION #403.

DEFENDANT BROWN'S BASIS OF GUILT IN FAVOR OF THE HEARING OFFICER WITHOUT PROVIDING WRITTEN PROOF FROM FACTS PRESENTED AT HEARING.

DEFENDANT BROWN HAVING A PRE-FIXED OPINION OF GUILT PRIOR TO HEARING.
PLAINTIFF PROVIDE THAT THE RATE OF GUILTY VERDICTS BY DEFENDANT BROWN RANK 99% GUILTY FOR ALL INMATES CHARGED.
DEFENDANT'S GAVINS, CO. KEETON CO. CANTY LT-WILSON, CO BUTLER, SGT WOODS, AND CO. McCOVERY CO. CAMPBELL CO. BALDWYN CO. BAILBY SGT LAWSON

5

GROUND SEVEN- FEDERAL SAFE DRINKING WATER ACT
VIOLATION OF CONSTITUTIONAL RIGHTS OWED FOR HEALTH AND
SAFETY; UNDER STATE AND FEDERAL LAWS

Charles Kegler is a Inmate housed at Easterling Correction Facility. Defendants who have custody and control of Plaintiff and all others have violated the safety and health of each Inmate housed at ECF. The water supplied to each Inmate is contaminated and is unfit for human use and consumption.

Plaintiff and others housed have suffered with the serious outbreak of skin disease, and at no point has the Defendants did any-legal act to protect the safety and welfare of all inmates housed at ECF. where it is mandatory by Alabama law, and Federal law to make the necessary test of all water which is used at ECF.

1. Defendants have fail to follow Code Of Alabama 1975 Section 22-23-1 through 22-23-50 for our Health and well being.

2. Defendants have failed to follow Code Of Alabama 1975 § 14-3-43 where the skin disease is an Epidemic as defined by law, and there being other serious outbreaks of contageious disease at ECF.

Relief Requested

1. The Court to immeadately issue an order for the testing of all water supplied to inmates at ECF.

2. The Court to order full testing of the seepage of sewer water that is drained back into the ground and allowed to be used in the water well to which inmates are supplied with.

CO. BARNES CO. L.A. WEllS CO.
AND OTHER OFFICER THAT ARE ABUSEING THEIR AUTHORITY. THESE DEFENDANTS KNOWINGLY USED THEIR JOB TO WRITE DISCIPLINARIES, AND CITATIONS FOR RULE VIOLATIONS THAT ARE NOT APART OF 403 OR 414.

DEFENDANT WRITE CITATIONS AND DISCIPLINARY FOR ITEMS PURCHASED FROM CANTEEN STORE AND SNACK LINE TO WHICH ARE SOLD BY DOC. DEFENDANTS WRITING CITATIONS FOR HAVING KETCHUP, HAVING ICE CREAM SPOON.
PLUS WAY AND FOR MUCH MORE FRIVOLOUS CHARGES THAT ARE NOT PUBLISH, AND INMATES HAVING NO NOTICE OF A RULE VIOLATION.

PLAINTIFF HAS A MANDATED RIGHT TO KNOW OF ALL THAT EXIST. DEFENDANTS HAVE FORM A NOW-HEAR-THIS-RULE TO PLACE YOU IN 6A SEGREGATION.

DEFENDANT GAVINS AND BRYANT HAVE FAILED TO POST RULES AND SOP IN THE DORMS AND SHIFT OFFICE UNDER ADMINISTRATIVE REQUIREMENTS TO AFFORD EACH INMATE FULL EQUAL PROTECTION.

7

NAME OF OFFICER THAT ABUSE THERE AUTHORITY ON INMATES AT EASTERLING CORRECTONAL CENTER.

CO.3 WARDEN MOSLEY
LT. WILSON
LT. BRYANT
SGT. WOODS
SGT. LAWSON
~~STAFF~~
CO1 KEATON
CO1 CANTY
CO.1 GAULINS
CO1 BARNES
CO1 BAILEY
CO1 L.A. WELLS
CO1 Butler
CO1 BALWIN
CO1 McCOVERY
CO1 BELL
CO1 FLOYD
CO1 SPAHN
CO1 RODGERS
CO1 BLAND
CO1 IVEY
CO1 FAYSON
CO1 HAMILTON
CO1 PEAVEY

8

# RELIEF

(1.) THE COURT TO SERVE EACH NAMED DEFENDANTS

(2.) THE COMMISSIONER TAKE FULL NOTICE OF ALL THE FALSE AND UNAUTHORIZED DISCIPLINARIES AND CITATIONS WRITTEN BY THERE DEFENDANTS. AND TAKE THE PROPER ACTIONS FOR SUSPENSION.

(3.) I CHARLES A. KEGLER BY FILING THIS CIVIL ACTION PUTS MY LIFE IN SERIOUS DANGEROUS, HERE AT EASTERLING CORRECTONAL CENTER. BY THE WARDEN, AND THE ADMINISTRATION, AND THE OFFICER HEAR AT EASTERLING C.C. AFTER FILEING THIS ACTION AND I FEAR FOR MY LIFE, AND SHOULD BE REMOVED FROM EASTERLING A.S.A.P AND PLACE AT SOME OTHER CAMP WITHIN THE ADOC. BECAUSE I FEAR FOR MY LIFE.

(4.) DEFENDANTS TO PRODUCE THE ADOC REG #403 AND REG #414 AND 207 REG

(5.) DEFENDANTS TO MAKE A FULL AFFIDAVIT BEFORE THIS COURT.

(6.) TO GRANT ALL RELIEF PLAINIFF IS ENTITLED.

7.

*Charles A. Kegler*
PLAINTIFF

9

## ACTION EIGHT

Conspiracy to deny obvious medical care under established co-pay.
### Medical Regulation

Nurse Teal and Warden Mosley have innependenty created a policy to deny medical treatment to Plaintiff and all inmate at Easterling Cor. Fac. Nurse Teal under a state law duty as a licensed nurse, and under full contract with Health Care of Easterling is using her state licinse to assist Warden Mosley in illegally charging inmate for co-pay in direct violation of ADOC Regulation adopted by ADOC Prison Commissioner. Nurse Teal is in direct violation of standards that are owed under Alabama Board of Nursing.
Nurse Teal is in direct violation to what any health care provider must perform and a license medical profession, health care provider. Plaintiff has been denied, and forced to sign a co-pay log created by Warden Mosley as stated by Nurse Teal. Co-pay is based on established regulation authorized by Commissioner. Insect bites, infections due to water, outbreak of rash, staph infections. Nurse Teal and Warden Mosley have createad a illegall theft of money.

## Relief Requested

(1.) Nurse Teal license to be suspended with a full report to go before Alabama Nursing Board.

(2.) A complete order to furnish ADOC regulation for inmates health care.

(3.) A full investigation done by Prison Commissiner.