IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_SOUTHERN_ DIVISION

CHARLES ANTHONY KEGLER )
_____ )
_____ )
_____ )   2:05CV619-F
_____ )
  Plaintiff(s)           )
                         )
         v.              )
                         )
WARDEN MOSLEY            )
_____ )
_____ )
_____ )
  Defendant(s)           )

MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) _CHARLES ANTHONY KEGLER_

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Charles Anthony Kegler_
Plaintiff(s) signature

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*

I, _Charles Anthony Kegler_, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   YES ( )   NO (X)

    A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _IN STATE PRISON OVER FIVE YEARS_

    B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. _NONE IN LAST SIX YEARS_

2. Have you received within the past 12 months any money from any of the following sources?

    A. Business, profession, or form of self-employment?   YES ( )   NO (X)

    B. Rent payments, interest, or dividends?   YES ( )   NO (X)

    C. Pensions, annuities, or life insurance payments?   YES ( )   NO (X)

    D. Gifts or inheritances?   YES ( )   NO (X)

    E. Any other sources?   YES ( )   NO (X)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. _NONE FROM INCOME-TAX NOR ANY OTHER MEANS OF SELF SUPPORT._

3. Do you own cash, or do you have money in a checking/savings account? PRISON ACCOUNT SEE ATTACHED    YES ( )   NO (H)

    If the answer is YES, state the total value of the items owned. None

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (H)

    If the answer is YES, describe the property and state its approximate value. None

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. None

_____
Plaintiff

STATE OF ALABAMA
COUNTY OF _____

    Subscribed and sworn to before me on this _____ day of _____,
199__, at _____, Alabama.

_____
NOTARY PUBLIC in and for said County, in said State

(SEAL)

My commission expires ~~June 28, 2005~~.

**OR**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2005.

Charles Anthony Kegler
Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 27, 2005_.
(date)

127802-6B-108

_Charles Anthony Kegler_
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ 0.25 on account to his credit at the _Easterling_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_See Attached_

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $ _See Attached_ on the 1st day of _____
2. $ _____ on the 1st day of _____
3. $ _____ on the 1st day of _____
4. $ _____ on the 1st day of _____
5. $ _____ on the 1st day of _____
6. $ _____ on the 1st day of _____

x _B. Harlow ASA_
Authorized Officer of Institution

DATE _6-29-05_

RECEIVED 2005 JUL -1 A 9:28

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                  EASTERLING CORR FACILITY
```

                                                              RECEIVED

                                                           2005 JUL -1  A 9:28

AIS #: 127802      NAME: KEGLER, CHARLES ANTHONY       AS OF: 06/29/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JUN | 1  | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 31 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $8.09 | $90.39 |
| JUN | 29 | $2.07 | $50.00 |