CASE CV-619-F

IN THE UNITED STATES COURT
FOR THE MIDDLE DISTRICT OF
ALABAMA SOUTHERN DIVISION

RECEIVED

2005 JUL 25 A 10: 51

CHARLES KEGLER
        PLAINTIFF

US

WARDEN GWENDOLYN MOSLEY
        DEFENDANTS

CIVIL ACTION NO. 2:05-CV-
        -619-F

MOTION TO WAIVE PARTIAL FILLING FEE

COMES NOW CHARLES KEGLER AND PETITION THE
HONORABLE MAGISTRATE TO GRANT THE ABOVE STYLE
MOTION, AND STATE THE FOLLOWING FOR GOOD CAUSE.

(1.) PLAINTIFF IS NOT ABLE AT THIS TIME TO PAY
THE $4.67 PARTIAL FILLING FEE FROM HIS PMOD
ACCOUNT.

(2.) PLAINTIFF PETITION THE HONORABLE MAGISTRATE
TO ENTER A ORDER TO EASTERLING ACCOUNT CLERK
TO WITH-HOLD 4.67 PLUS THE 20 PERCENT OF
INCOMING MONEY TO PMOD ACCOUNT.

(3.) PLAINTIFF HAS CONTACTED HIS SISTER WHO IS
UNABLE TO SYSTEMATICALLY PROVIDE FUNDS FOR

PERSONAL HYGENE AND OTHER NECESSARY ITEMS
FOR PRISON LIVING.

(4.) PLAINTIFF'S REQUEST BEING GRANTED WILL
NOT PREJUDICE NOR PLACE ANY UNDER HARDSHIP
TO ANY PARTY, NOR TO THIS HONORABLE COURT.

(5.) THE PLANITIFF STATE THAT HE WILL NOT EOS
IN THE NEXT FOUR YEARS THEREFORE THE COST
WILL BE PAID TO THE COUNT AS ORDERED
BY THE HONORABLE MAGISTRATE.

(6.) ~~THAT~~ PLAINTIFF STATES THAT IF THE WAIVER
CAN'T BE GRANTED, TO ALLOW A EXTENSION
OF ATLEAST 14 DAYS.

WHEREFORE IN THAT THE 4.67 WILL BE PAID
I HUMBLY PRAY THE MAGISTRATE WILL WAIVE
AND ORDER THE ACCOUNT CLERK TO DEDUCT
$4.67 PLUS THE 20 PER CENT AND FORWARD TO
THIS COURT.

DONE ON THIS DATE
July 21, 2005

RESPECTFULLY

Charles A. Kegler