IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

CHARLES ANTHONY KEGLER, #127 802   *

   Plaintiff,   *

v.   * CIVIL ACTION NO. 2:05-CV-619-F

GWENDOLYN MOSLEY, *et al.*,   *

   Defendants.   *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion to Waive Partial Filing Fee (Doc. No. 4), and for good cause, it is

ORDERED that the motion is GRANTED.

DONE, this 15th day of August, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE