Kegler

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Donal Campbell, Commissioner
   Alabama Dept. of Corrections, Legal Division
   P. O. Box 301501
   Montgomery, AL 36130-1501

2:05cv619 (Cmp, R+R, order to dy)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kay P. Hope
☑ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)      7004 2510 0001 0150 7232

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540