IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

CHARLES ANTHONY KEGLER, #127 802    *

    Plaintiff,    *

v.    * CIVIL ACTION NO. 2:05-CV-619-F

GWENDOLYN MOSLEY, *et al.*,    *

    Defendants.    *

_____

**ORDER**

It appears that service has not been perfected on Defendant Teal. Her copy of the complaint filed in this case was returned to the court on August 19, 2005 marked "return to sender, do[es] not work at Easterling Correctional Facility."

If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Defendant Teal, Plaintiff must furnish the clerk's office with a correct address for this individual.

Accordingly, it is **ORDERED** that:

1. Within fourteen (14) days of the filing date of this order Plaintiff shall furnish the clerk's office with the correct address for Nurse Teal. Plaintiff is advised that the court will

not continue to monitor this case to ensure that the defendant he wishes to sue has been served. This is Plaintiff's responsibility;

2. Plaintiff is cautioned that if he fails to comply with this order, Nurse Teal will not be served, she will not be a party to this cause of action, and this case will proceed only against those defendants on whom service is perfected.

DONE, this 30th day of August, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE