IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES ANTHONY KEGLER, #127802,<br><br>    Plaintiff,<br>v.<br><br>WARDEN G. MOSLEY, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 2:05cv619-F<br>(WO) |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 15, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Clerk of Court take all necessary steps to amend the court docket to reflect that Commissioner Donal Campbell, the City of Clio, Alabama, and Barbour County, Alabama, are named defendants;

2. Plaintiff's classification, access to courts, and disciplinary claims is DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(I);

3. Plaintiff's *respondeat superior* claim against Barbour County, Alabama, and the City of Clio, Alabama, are DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(I);

4. Defendants Barbour County, Alabama, and City of Clio, Alabama are DISMISSED as parties to this action.

5. Plaintiff's complaint against Defendants H. Jones, Ms. Wilson, Lt. Willie Bryant, Officer Bryan Gavins, Captain Sconyer, Sergeants Woods and Lawson, and Correctional Officers Keaton, Canty, Gauins, Barnes, Bailey, L. A. Wells, Butler, Balwin, McCovery, Bell, Floyd, Spahn, Rodgers, Bland, Ivey, Fayson, Hamilton, and Peavey are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(I);

6. The defendants listed in ¶ 5 are DISMISSED as parties to this complaint; and

7. This case, with respect to plaintiff's claims against Commissioner Campbell, Warden Mosley, and Nurse Teal regarding unsafe water and a denial of medical care due to Easterling's co-pay policy, are REFERRED back to the Magistrate Judge for additional proceedings.

Done this 31st day of August, 2005.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE