IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES KEGLER, #127802
    PLAINTIFF,

V.                        CIVIL ACTION NO 2:05-cv-619 F

WARDEN G. MOSLEY, et. al.,
    DEFENDANTS,

OBJECTIONS TO THE MAGISTRATES RECOMMENDATIONS

    Plaintiff, makes the following objections to the re-commendations of the magistrate Judge entered on August, 15, 2005:

    1) Plaintiff asserts that the Defendants have violated his rights to equal protection of the law when they have placed him in a level (4) institution when he has a lower custody

    2) Plaintiff asserts that the Defendants have denied him a reasonable opportunity to present his legal claims to the Courts. Prison official may not deny or obstruct inmates acess to Court WRIGHT V. NEW LINE, 795 f 2d 964, (11 th 1986) JOHNSON V. BAZZETTA, 925 f supp. 334, (ed Pa. 1996)
    Because prisoners retain some rights " When prison regulations and practice offends a fundamental constitutional guarantee, federal courts will discharge their duty to protect prisoners rights. PROCUNIER V. MARTINEZ, 40 led 2nd 224

    3) Plaintiff asserts that he has been denied his rights to Due process in the disciplinary hearing.

    WHEREFORE Plaintiff moves this Court to reject the rec-omendations.

Done on this 25 day of August 2005        /s/ Charles A. Kegler
                                                  CHARLES KEGLER
                                                  200 wallace dr
                                                  Clio, al 36017

Certificate of Service

I hereby certify that I have served a copy of the foregoing on the persons who's address are below by placing same in the Prison legal mail system at Easterling Correctional Facility, Clio, AL

Department of Corrections
 legal Division
 P.O Box 30150 1
 Montgomery AL
    36130

Done on this 25 day of August 2005   Charles A. Kegler
                                      Charles Kegler
                                      ECF
                                      200 Wallace Dr
                                      Clio, AL
                                          36017

Charles Kesler
#175#
E11E
Joo Wallace Dr
Clio, AL
36017
Dorm GB

2:05CV619

2005 SEP -6 A 10: 33

RECEIVED

Clerk, United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

36101-0711

Daffodil
USA 37