IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES ANTHONY KEGLER, #127802  )
    Plaintiff                         )
                                      )
    VS.                               )   CIVIL ACTION NO.2:05-CV-619-F
                                      )              (WO)
WARDEN G. MOSLEY, et.al.,         )
                                      )
    Defendants.                       )

**AFFIDAVIT**

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Gwendolyn C. Mosley, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is Gwendolyn C. Mosley and I am presently employed as a Correctional Warden III, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, AL 36017. I am over twenty-one (21) years of age.

Inmate Charles Kegler was transferred from Hamilton A & I to Easterling Correctional Facility on April 26, 2005. Inmate Kegler's complaint that the water supply here at Easterling is contaminated and causes serious health problems is false. Our water supply is tested annually and our facility receives a test report from the City of Clio annually (Exb.#1). Our Administrative Lieutenant asked the City of Clio if they have received any health complaints regarding the drinking water. They advised that there have been no health complaints related to water consumption (Exb.#2). According to our Health Care Unit's Health Services Administrator, Ms. Kay Wilson,

EXHIBIT A

Affidavit-Gwendolyn C. Mosley
Civil Action No. 2:05-CV-619-F
Page 2

inmate Kegler was seen on May 5, 2005 by the Health Care Doctor as a new patient. Due to having hypertension, inmate Kegler had requested to transfer back to Hamilton A & I. Per the doctor, there is no indication that a medical transfer for inmate Kegler is necessary. Inmate Kegler is making a false accusation about the water in order to manipulate a transfer back to Hamilton A & I. I have not violated inmate Kelger's constitutional rights.

_____
Gwendolyn C. Mosley

SWORN TO AND SUBSCRIBED TO before me this the 29th day of August, 2005.

_____
NOTARY PUBLIC

My Commission Expires: 7-15-07

# Annual Drinking Water Quality Report 2003
## City of Clio

We're pleased to present to you this year's Annual Quality Water Report. This report is designed to inform you about the quality water and services we deliver to you every day. Our constant goal is to provide you with a safe and dependable supply of drinking water. We want you to understand the efforts we make to continually improve the water treatment process and protect our water resources. We are committed to ensuring the quality of your water.

The City of Clio completed our Source Water Protection Plan in 1994. This plan helps insure quality drinking water is supplied to our customers. I'm pleased to report that our drinking water is safe and meets federal and state requirements. If you have any questions about this report or concerning your water utility, please contact Danny Pelham at 334-397-2723. We want our valued customers to be informed about their water utility. If you want to learn more, please attend any of our regularly scheduled meetings. They are held on the first Tuesday of each month at the Clio City Hall, 3311 Elamville Street, Clio, Alabama at 10:00 a.m.

### COUNCIL

*Edward Shehane, Mayor*  
*L.G. McNair, District 2*  
*Robert Cox, District 4*

*Billy Price, Mayor ProTem, Dist.2*  
*Kenneth Johnson, District 3*  
*Joe Strickland, District 5*

The City of Clio routinely monitors for constituents in your drinking water according to Federal and State laws. This table shows the results of our monitoring for the period of January 1st to December 31st, 2003. All drinking water, including bottled drinking water, may be reasonably expected to contain at least small amounts of some constituents. It's important to remember that the presence of these constituents does not necessarily pose a health risk.

## PLAIN LANGUAGE DEFINITIONS

*Non-Detects (ND)* - laboratory analysis indicates that the constituent is not present.

*Not Required (NR)* – Laboratory analysis not required due to waiver granted by the Environmental Protection Agency for the State of Alabama.

*Parts per million (ppm) or Milligrams per liter (mg/l)* - one part per million corresponds to one minute in two years or a single penny in $10,000.

*Parts per billion (ppb) or Micrograms per liter* - one part per billion corresponds to one minute in 2,000 years, or a single penny in $10,000,000.

*Parts per trillion (ppt) or Nanograms per liter (nanograms/l)* - one part per trillion corresponds to one minute in 2,000,000 years, or a single penny in $10,000,000,000.

*Parts per quadrillion (ppq) or Picograms per liter (picograms/l)* - one part per quadrillion corresponds to one minute in 2,000,000,000 years or one penny in $10,000,000,000,000.

*Picocuries per liter (pCi/L)* - picocuries per liter is a measure of the radioactivity in water.

*Millirems per year (mrem/yr)* - measure of radiation absorbed by the body.

*Nephelometric Turbidity Unit (NTU)* - nephelometric turbidity unit is a measure of the clarity of water. Turbidity in excess of 5 NTU is just noticeable to the average person.

*Variances & Exemptions (V&E)* - State or EPA permission not to meet an MCL or a treatment technique under certain conditions.

*Action Level (AL)* - the concentration of a contaminant which, if exceeded, triggers treatment or other requirements which a water system must follow.

*Treatment Technique (TT)* - (mandatory language) A treatment technique is a required process intended to reduce the level of a contaminant in drinking water.

*Maximum Contaminant Level* - (mandatory language) The "Maximum Allowed" (MCL) is the highest level of a contaminant that is allowed in drinking water. MCLs are set as close to the MCLGs as feasible using the best available treatment technology.

*Maximum Contaminant Level Goal* - (mandatory language) The "Goal"(MCLG) is the level of a contaminant in drinking water below which there is no known or expected risk to health. MCLGs allow for a margin of safet

## Table of Primary Contaminants

At high levels some primary contaminants are known to pose a health risks to humans. This table provides a quick glance of any primary contaminant detections.

| CONTAMINANT | MCL | AMOUNT DETECTED | CONTAMINANT | MCL | AMOUNT DETECTED |
|---|---|---|---|---|---|
| **Bacteriological** | | | Endothall | 100 | ND |
| Total Coliform Bacteria | < 5% | 0 | Endrin | 2 | ND |
| Turbidity | TT | 0.32 | Epichlorohydrin | TT | ND |
| **Radiological** | | | Glyphosate | 700 | ND |
| Beta/photon emitters (mrem/yr) | 4 | ND | Heptachlor | 400 | ND |
| Alpha emitters (pci/l) | 15 | 5.9+1.2 | Heptachlor epoxide | 200 | ND |
| Combined radium (pci/l) | 5 | 0.3/-0.7 | Hexachlorobenzene | 1 | ND |
| **Inorganic** | | | Hexachloropentadiene | 1 | ND |
| Antimony (ppb) | 6 | ND | Lindane | 200 | ND |
| Arsenic (ppb) | 50 | ND | Methoxychlor | 40 | ND |
| Asbestos (MFL) | 7 | ND | Oxamyl [Vydate] | 200 | ND |
| Barium (ppm) | 2 | ND | PCBs | 500 | ND |
| Beryllium (ppb) | 4 | ND | Pentachlorophenol | 1 | ND |
| Cadmium (ppb) | 5 | ND | Picloram | 500 | ND |
| Chromium (ppb) | 100 | ND | Simazine | 4 | ND |
| Copper (ppm) | AL=1.3 | ND | Toxaphene | 3 | ND |
| Cyanide (ppb) | 200 | ND | Benzene | 5 | ND |
| Fluoride (ppm) | 4 | ND | Carbon Tetrachloride | 5 | ND |
| Lead (ppb) | AL=15 | ND | Chlorobenzene | 100 | ND |
| Mercury (ppb) | 2 | ND | Dibromochloropropane | 200 | ND |
| Nitrate (ppm) | 10 | ND | 0-Dichlorobenzene | 600 | ND |
| Nitrite (ppm) | 1 | ND | p-Dichlorobenzene | 75 | ND |
| Selenium | 50 | ND | 1,2-Dichloroethane | 5 | ND |
| Thallium | 2 | ND | 1,1-Dichloroethylene | 7 | ND |
| **Organic Chemicals** | | | Cis-1,2-Dichloroethylene | 70 | ND |
| 2,4-D | 70 | ND | trans-1,2-Dichloroethylene | 100 | ND |
| 2,4,5-TP (Silvex) | 50 | ND | Dichloromethane | 5 | ND |
| Acrylamide | TT | ND | 1,2-Dichloropropane | 5 | ND |
| Alachlor | 2 | ND | Ethylbenzene | 700 | ND |
| Atrazine | 3 | ND | Ethylene dibromide | 50 | ND |
| Benzo(a)pyrene[PHAs] | 200 | ND | Styrene | 100 | ND |
| Carbofuran | 40 | ND | Tetrachloroethylene | 5 | ND |
| Chlordane | 2 | ND | 1,2,4-Trichlorobenzene | 70 | ND |
| Dalapon | 200 | ND | 1,1,1-Trichloroethane | 200 | ND |
| Di-(2-ethylhexyl)adipate | 400 | ND | 1,1,2-Trichloroethane | 5 | ND |
| Di(2-ethylhexyl)phthlates | 6 | ND | Trichloroethylene | 5 | ND |
| Dinoseb | 7 | ND | TTHM | 100 | ND |
| Diquat | 20 | ND | Toluene | 1 | ND |
| Dioxin[2,3,7,8-TCDD] | 30 | ND | Vinyl Chloride | 2 | ND |
| | | | Xylenes | 10 | ND |

*(handwritten margin note: "ID" = no Detects)*

In addition to the primary drinking water contaminants, the utility monitors regularly for the following unregulated and secondary contaminants as regulated by the Alabama Department of Environmental Management. The ADEM has proposed regulations under consideration at the time of this publication to require any detects of these contaminants to be reported in all subsequent water quality reports. The requirement of this additional monitoring and reporting will further ensure the safety of your drinking water and will keep you, as a utility customer, more informed.

## Unregulated Contaminants Table

| CONTAMINANT | Average | Range | CONTAMINANT | Average | Range |
|---|---|---|---|---|---|
| 1,1 - Dichloropropene | ND | 0.000 - 0.000 | Chloroform | 1.44 | 0.000 - 1.44 |
| 1,1,1,2-Tetrachloroethane | ND | 0.000 - 0.000 | Chloromethane | 1.63 | 0.000 - 0.000 |
| 1,1,2,2-Tetrachloroethane | ND | 0.000 - 0.000 | Dibromochloromethane | ND | 0.000 - 0.000 |
| 1,1-Dichloroethane | ND | 0.000 - 0.000 | Dibromomethane | ND | 0.000 - 0.000 |
| 1,2,3 - Trichlorobenzene | ND | 0.000 - 0.000 | Dicamba | ND | 0.000 - 0.000 |
| 1,2,3 - Trichloropropane | ND | 0.000 - 0.000 | Dichlorodifluoromethane | 3.23 | 0.000 - 0.000 |
| 1,2,4 - Trimethylbenzene | ND | 0.000 - 0.000 | Dieldrin | ND | 0.000 - 0.000 |
| 1,3 - Dichloropropane | ND | 0.000 - 0.000 | Hexachlorobutadiene | ND | 0.000 - 0.000 |
| 1,3 - Dichloropropene | ND | 0.000 - 0.000 | Isoprpylbenzene | ND | 0.000 - 0.000 |
| 1,3,5 - Trimethylbenzene | ND | 0.000 - 0.000 | M-Dichlorobenzene | ND | 0.000 - 0.000 |
| 2,2 - Dichloropropane | ND | 0.000 - 0.000 | Methomyl | ND | 0.000 - 0.000 |
| 3-Hydroxycarbofuran | ND | 0.000 - 0.000 | MTBE | ND | 0.000 - 0.000 |
| Aldicarb | ND | 0.000 - 0.000 | Metolachlor | ND | 0.000 - 0.000 |
| Aldicarb Sulfone | ND | 0.000 - 0.000 | Metribuzin | ND | 0.000 - 0.000 |
| Aldicarb Sulfoxide | ND | 0.000 - 0.000 | N - Butylbenzene | ND | 0.000 - 0.000 |
| Aldrin | ND | 0.000 - 0.000 | Naphthalene | ND | 0.000 - 0.000 |
| Bromobenzene | ND | 0.000 - 0.000 | N-Propylbenzene | ND | 0.000 - 0.000 |
| Bromochloromethane | ND | 0.000 - 0.000 | O-Chlorotoluene | ND | 0.000 - 0.000 |
| Bromodichloromethane | 2.07 | 0.000 - 2.07 | P-Chlorotoluene | ND | 0.000 - 0.000 |
| Bromoform | 1.79 | 0.000 - 1.79 | P-Isopropyltoluene | ND | 0.000 - 0.000 |
| Bromomethane | ND | 0.000 - 0.000 | Propachlor | ND | 0.000 - 0.000 |
| Butachlor | ND | 0.000 - 0.000 | Sec - Butylbenzene | ND | 0.000 - 0.000 |
| Carbaryl | ND | 0.000 - 0.000 | Tert - Butylbenzene | ND | 0.000 - 0.000 |
| Chloroethane | ND | 0.000 - 0.000 | Trichlorfluoromethane | ND | 0.000 - 0.000 |

### SECONDARY CONTAMINANTS TABLE

| CONTAMINANT | MCL | UNIT MEASUREMENT | Amount detected | CONTAMINANT | MCL | Amount detected | |
|---|---|---|---|---|---|---|---|
| Aluminum | 0.2 | PPM | ND | Manganese | 0.05 | ND | PPM |
| Chloride | 250 | PPM | 7.22 | Odor | 3 | ND | Threshold # |
| Color | 15 | Units | ND | Silver | 0.1 | ND | PPM |
| Copper | 1 | PPM | ND | Sulfate | 250 | 0.89 | PPM |
| Foaming Agents | 0.5 | PPM | ND | Total Dissolved Solids | 500 | 234 | PPM |
| Iron | 0.3 | PPM | ND | Zinc | 5 | ND | PPM |

### Special Table

| | Amount Detected | | Amount Detected |
|---|---|---|---|
| Calcium | ND | Hardness CaCo3 | ND |
| Magnesium | ND | Alkalinity | ND |
| Sodium | ND | PH | 9.0 |

### Table of Detected Contaminants

| Contaminant | Violation Y/N | Level Detected | Unit Measureme | MCLG | MCL | Likely Source of Contamination |
|---|---|---|---|---|---|---|
| 3. Turbidity | NO | 0.32 | | n/a | TT | Soil runoff |
| 5. Alpha emitters | NO | 5.9+1.2 | pCi/l | 0 | 15 | Erosion of natural deposits |
| 6. Combined radium | NO | 0.3/-0.7 | pCi/l | 0 | 5 | Erosion of natural deposits |

### TABLE OF SECONDARY DETECTED CONTAMINANTS

| CONTAMINANT | MCL | UNIT MEASUREMENT | Amount detected | CONTAMINANT | MCL | MEASUREMENT Amount detected | |
|---|---|---|---|---|---|---|---|
| Iron | 0.3 | PPM | 0.39 | Manganese | 0.05 | 0.012 | PPM |
| | | | | Total Dissolved Solids | 500 | 260 | PPM |

### Table of Unregulated Detected Contaminants

| CONTAMINANT | AMOUNT DETECTED | CONTAMINANT | AMOUNT DETECTED |
|---|---|---|---|
| Bromodichloromethane | 2.07 | Dibromochloromethane | 3.23 |
| Chloroform | 1.44 | Bromoform | 1.79 |

## GENERAL INFORMATION

The sources of drinking water (both tap water and bottled water) include rivers, lakes, streams, ponds, reservoirs, springs, and wells. As water travels over the surface of the land or through the ground, it dissolves naturally occurring minerals and, in some cases, radioactive material, and can pick up substances resulting from the presence of animals or from human activity.

Some people may be more vulnerable to contaminants in drinking water than the general population. People who are immuno-compromised, such as cancer patients undergoing chemotherapy, organ transplant recipients, HIV/AIDS positive or individuals with other immune system disorders, some elderly, and infants, can be particularly at risk from infections. Those at risk should seek advice about drinking water from the health care providers. EPA/CDC guidelines on appropriate means to lessen the risk of infection by Crytosporidium and other microbial contaminants are available from the Safe Drinking Water Hotline (1-800-426-4791).

All drinking water, including bottled water, may reasonably be expected to contain at least small amounts of some contaminants. The presence of contaminants does not necessarily indicate that water poses a health risk. **More information about contaminants and potential health effects can be obtained by call the Environmental Protection Agency's Safe Drinking Water Hotline (1-800-426-4791).**

Based on a study conducted by ADEM with the approval of the EPA, a statewide waiver for the monitoring of Asbestos and Dioxin was issued. Thus, monitoring for these contaminants was not required.

MCL's are set at very stringent levels. To understand the possible health effects described for many regulated constituents, a person would have to drink two liters of water every day at the MCL level for a lifetime to have a one-in-a-million chance of having the described health effect.

Alpha emitters. Certain minerals are radioactive and emit a form of radiation known as alpha radiation. People who drink water containing these alpha emitters in excess of the MCL over many years may have an increased risk of cancer.

The City of Clio water resource is groundwater. We utilize two wells. Well #3 is located on Barbour County Road 15 and draws from the Clayton Aquifer. Well #4 located on Blue Springs Street has the pumping capacity of 850 GPM from the Tuscaloosa Aquifer. The water we provide to our customers requires no specialized treatment. However, chlorine is added for disinfection purposes.

We at the Town of Clio work around the clock to provide top quality water to every tap. We ask that all our customers help us protect our water sources, which are the heart of our community, our way of life and our children's future.

TOWN OF CLIO
P.O. BOX 219
CLIO, AL. 36017

# Annual Drinking Water Quality Report
# Town of Clio

# Annual Drinking Water Quality Report January-December 2004
## City of Clio

We're pleased to present to you this year's Annual Quality Water Report. This report is designed to inform you about the quality water and services we deliver to you every day. Our constant goal is to provide you with a safe and dependable supply of drinking water. We want you to understand the efforts we make to continually improve the water treatment process and protect our water resources. We are committed to ensuring the quality of your water. We utilize two wells and our water resource is groundwater. Well #3 is located on Barbour County Road 15 and draws from the Clayton Aquifer. Well #4 located on Blue Springs Street has the pumping capacity of 850 GPM from the Tuscaloosa Aquifer. The water we provide to our customers requires no specialized treatment. However, chlorine is added for disinfection purposes.

The Source Water Protection Plan was completed in 1994. This plan helps insure quality drinking water is supplied to our customers. I'm pleased to report that our drinking water is safe and meets federal and state requirements. If you have any questions about this report or concerning your water utility, please contact Danny Pelham at 334-397-2723. We want our valued customers to be informed about their water utility. If you want to learn more, please attend any of our regularly scheduled meetings held on the 1st & 3rd Monday of each month at the Clio City Hall, 3311 Elamville Street, Clio, Alabama at 6 PM.

## COUNCIL

| | | |
|---|---|---|
| ♦Jack Pelfrey, Mayor | ♦Stephanie Sapp | ♦Matthew White |
| ♦Judy Riley, Mayor Pro-Tem | ♦Beverly Clark | ♦Kenneth Johnson |

The City of Clio routinely monitors for contaminants in your drinking water according to Federal and State laws. This table shows the results of our monitoring for the period of January 1st to December 31st, 2004. All drinking water, including bottled drinking water, may be reasonably expected to contain at least small amounts of some contaminants. It's important to remember that the presence of these contaminants does not necessarily pose a health risk.

### PLAIN LANGUAGE DEFINITIONS

*Non-Detects (ND)* - laboratory analysis indicates that the contaminants t is not present.

*Not Required* (**NR**) – Laboratory analysis not required due to waiver granted by the Environmental Protection Agency for the State of Alabama.

*Parts per million (**ppm**) or Milligrams per liter (mg/l)* - one part per million corresponds to one minute in two years or a single penny in $10,000.

*Parts per billion (**ppb**) or Micrograms per liter* - one part per billion corresponds to one minute in 2,000 years, or a single penny in $10,000,000.

*Parts per trillion (**ppt**) or Nanograms per liter (nanograms/l)* - one part per trillion corresponds to one minute in 2,000,000 years, or a single penny in $10,000,000,000.

*Parts per quadrillion (**ppq**) or Picograms per liter (picograms/l)* - one part per quadrillion corresponds to one minute in 2,000,000,000 years or one penny in $10,000,000,000,000.

*Picocuries per liter (**pCi/L**)* - picocuries per liter is a measure of the radioactivity in water.

*Millirems per year (**mrem/yr**)* - measure of radiation absorbed by the body.

*Nephelometric Turbidity Unit (**NTU**)* - nephelometric turbidity unit is a measure of the clarity of water. Turbidity in excess of 5 NTU is just noticeable to the average person.

*Variances & Exemptions (**V&E**)* - State or EPA permission not to meet an MCL or a treatment technique under certain conditions.

*Action Level (**AL**)* - the concentration of a contaminant which, if exceeded, triggers treatment or other requirements which a water system must follow.

*Treatment Technique (**TT**)* - (mandatory language) A treatment technique is a required process intended to reduce the level of a contaminant in drinking water.

*Maximum Contaminant Level* - (mandatory language) The "Maximum Allowed" (**MCL**) is the highest level of a contaminant that is allowed in drinking water. MCLs are set as close to the MCLGs as feasible using the best available treatment technology.

*Maximum Contaminant Level Goal* -The "Goal"(**MCLG**) is the level of a contaminant in drinking water below which there is no known or expected risk to health. MCLGs allow for a margin of safe.

## TABLE OF DETECTED CONTAMINANTS

| Contaminant | Violation Y/N | Level Detected | Unit Measureme | MCLG | MCL | Likely Source of Contamination |
|---|---|---|---|---|---|---|
| Turbidity 2004 Test Results | NO | Range 0.31-1.05 | | n/a | TT | Soil runoff |
| Alpha emitters | NO | 5.9+1.2 | pCi/l | 0 | 15 | Erosion of natural deposits |
| Combined radium | NO | 0.3/-0.7 | pCi/l | 0 | 5 | Erosion of natural deposits |
| Fluoride 2004 Test Results | NO | Range 0.71-1.07 | ppm | 4 | 4 | Erosion of natural deposits; water additive which promotes strong teeth; discharge from fertilizer and aluminum factories |

## TABLE OF DETECTED SECONDARY CONTAMINANTS (TEST RESULTS 2004)

| CONTAMINANT | MCL | RANGE OF DETECTS | CONTAMINANT | MCL | RANGE OF DETECTS |
|---|---|---|---|---|---|
| Aluminum | 0.2 | 0.067-0.204 | Manganese | 0.05 | ND-0.012 |
| Chloride | 250 | 13.0-16.4 | Zinc | 5 | ND-0.061 |
| Color | 15 | 5-10 | Lead | 0.015 | ND-0.044 |
| Copper | 1 | ND-0.054 | Sulfate | 250 | 97.5-129 |
| Iron | 0.3 | ND-0.359 | Total Dissolved Solids | 500 | 168-248 |

## TABLE OF SPECIAL CONTAMINANTS (TEST RESULTS 2004)

| CONTAMINANT | RANGE OF DETECTS | CONTAMINANT | RANGE OF DETECTS |
|---|---|---|---|
| Calcium | 1.6-2.84 | Hardness CaCo3 | 3.01-7.80 |
| Sodium | 97.5-129 | Alkalinity | 163-236 |
| Langelier Index | -0.38  +0.95 | PH | 8.75-9.769.0 |
| Specific Conductance | 436-501 | | |

## TABLE OF UNREGULATED DETECTED CONTAMINANTS

| CONTAMINANT | RANGE OF DETECTS | CONTAMINANT | RANGE OF DETECTS |
|---|---|---|---|
| Bromodichloromethane | 1.60 | Dibromochloromethane | 2.45 |
| Chloroform | 1.26 | Bromoform | 1.35 |

## GENERAL INFORMATION

**Health effects:**

> Lead: Infants and young children are typically more vulnerable to lead in drinking water than the general population. It is possible that lead levels at your home may be higher than at other homes in the community as a result of materials used in your home plumbing. If you are concerned about elevated lead levels in your home's water, you may wish to have your water tested and flush your tap for 30 seconds to 2 minutes before using tap water. Additional information is available from the Safe Drinking Water Hotline (800-426-4791.

NOTICE OF VIOLATION: The City of Clio incurred a violation in 2004 with the Alabama Department of Environmental Management due to failure to submit Monthly Operational Reports for the months of January 2002, and February 2003 through January 2004. Reports are due by the 10th of the month following the reporting period.

The sources of drinking water (both tap water and bottled water) include rivers, lakes, streams, ponds, reservoirs, springs, and wells. As water travels over the surface of the land or through the ground, it dissolves naturally occurring minerals and, in some cases, radioactive material, and can pick up substances resulting from the presence of animals or from human activity.

Some people may be more vulnerable to contaminants in drinking water than the general population. People who are immuno-compromised, such as cancer patients undergoing chemotherapy, organ transplant recipients, HIV/AIDS positive or individuals with other immune system disorders, some elderly, and infants, can be particularly at risk from infections. Those at risk should seek advice about drinking water from the health care providers. EPA/CDC guidelines on appropriate means to lessen the risk of infection by Crytosporidium and other microbial contaminants are available from the Safe Drinking Water Hotline (1-800-426-4791).

All drinking water, including bottled water, may reasonably be expected to contain at least small amounts of some contaminants. The presence of contaminants does not necessarily indicate that water poses a health risk. **More information about contaminants and potential health effects can be obtained by call the Environmental Protection Agency's Safe Drinking Water Hotline (1-800-426-4791).**

Jack Pelfrey
Mayor

Judy Riley
Mayor Pro-Tem

Vivian Hagler
City Clerk

*City of Clio*

3311 Elamville Street
Post Office Box 219
Clio, Alabama 36017
(334) 397-2723

Council Members:

Beverly Clark
Stephanie Sapp
Kenneth Johnson
Matthew White



August 25, 2005

Easterling Correctional Facility
Lieutenant Willie Bryant
200 Wallace Drive
Clio, Alabama 36017

**RE: Alabama Department of Environmental Management Mandated Water Testing**

Dear Lieutenant Bryant,

The City of Clio provides water to 934 households and Easterling Correctional Facility, serving a population of approximately 5,000 people.

Water testing requirements from the Alabama Department of Environmental Management (ADEM) and the Environmental Protection Agency (EPA) are strictly adhered to.

We have had no complaints of skin rashes or other health related problems related to water consumption. Therefore, we have no reason to suspect the water supply to be the culprit of rashes.

Please find attached copies of *Water Quality Reports* (for both 2003 & 2004) that are published by our office annually. These reports meet stringent guidelines set forth by ADEM and EPA.

If we may be of further service to you please call this office between the hours of 8:00 AM and 4:00 PM, Monday thru Friday.

Sincerely,

*Vivian Hagler*
Vivian Hagler
City Clerk