IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES ANTHONY KEGLER, #127802 )
    Plaintiff )
     )
    VS. )    CIVIL ACTION NO.2:05-CV-619-F
     )    (WO)
WARDEN G. MOSLEY, et.al., )
     )
    Defendants. )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Gwendolyn C. Mosley, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is Gwendolyn C. Mosley and I am presently employed as a Correctional Warden III, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, AL 36017. I am over twenty-one (21) years of age.

### Addendum to Previous Affidavit

I have not denied medical treatment for inmate Charles Anthony Kegler, nor forced him to sign an Inmate Sign-in Log (Exb.#1). On June 10, 1996, a memo was sent to all ADOC inmates (Exb.#2) from Commissioner Joe Hopper starting Co-Pay charges for all inmate-initiated health care services. He stated that the change was necessitated by the large number of unnecessary self-referrals for health care. No inmate will be refused medical services if they do not have funds in their account. I stand by my original affidavit.



Affidavit-Gwendolyn C. Mosley
Civil Action No. 2:05-CV-619-F
Page 2

_____
Gwendolyn C. Mosley

    SWORN TO AND SUBSCRIBED TO before me this the _15th_ day of

_September_ , 2005.

_____
NOTARY PUBLIC

My Commission Expires: ___7-15-07___

EXHIBIT #1 CV 2:05-619-F

# HEALTH CARE UNIT
## INMATE SIGN-IN LOG

INSTITUTION _____     DATE:_____

Each self-initiated, unscheduled, non-emergency visit to this health care unit will result in a $3.00 co-pay charge against your PMOD account. In the event you do not have sufficient funds in your account to pay this charge, a debit will be held against your account until you have the necessary funds. In no case will an inmate be refused medical services because he or she does not have funds in their PMOD account.

| AIS NUMBER | INMATE'S SIGNATURE | AIS & CO-PAY STATUS VERIFIED BY: |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

(Revised 01/10/2003)

EXHIBIT #2     CV 2:05-619-F



STATE OF ALABAMA

## DEPARTMENT OF CORRECTIONS

Montgomery, Alabama 36130-1501

FOB JAMES, JR.
GOVERNOR

JOE S. HOPPER
COMMISSIONER

## NOTICE TO ALL INMATES

### Co-Pay Charge For Inmate Initiated Health Care Services

Effective July 1, 1996 a $3.00 co-pay will be charged against Prisoner Money on Deposit (PMOD) for all inmate initiated health care visits. This new charge is necessitated by the large number of unnecessary self-referrals for health care which is costly in terms of staff and health care resources but more importantly diminishes the ability of the health care providers to give you the best possible care for legitimate health problems.

No charges will be made for appointments scheduled by the health care staff or the institutional staff. This will include annual physicals, scheduled dental exams and cleaning, chronic care clinics, follow-up treatments prescribed the care givers, pill call, or medical services of a true emergency nature.

When you sign up for sick call and the service is not one of those described above, $3.00 will be deducted from your PMOD account. In those cases where you do not have money in your account a debit balance will be posted and charged whenever money is received in the account. The PMOD account will be restricted until the co-pay amount is paid. But be assured that:

**NO INMATE WILL BE REFUSED MEDICAL SERVICES BECAUSE THEY DO NOT HAVE FUNDS IN THEIR ACCOUNT! !**

Joe S. Hopper, Commissioner
June 10, 1996