IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

CHARLES ANTHONY KEGLER, #127 802        *

    Plaintiff,                              *

v.                                       * CIVIL ACTION NO. 2:05-CV-619-F

GWENDOLYN MOSLEY, *et al.*,              *

    Defendants.                             *

_____

**ORDER ON MOTION**

On September 28, 2005 Plaintiff filed a request for production of documents. (Doc. No. 15). Upon consideration of Plaintiff's request, which the court construes as a Motion for Production of Documents, and for good cause, it is

ORDERED that the motion be and is hereby DENIED. The documents requested in Plaintiff's motion are either cumulative of information already provided by Defendants or irrelevant to a determination of the issue pending before this court.

DONE, this 5th day of October, 2005.

                                      /s/ Susan Russ Walker
                                      SUSAN RUSS WALKER
                                      UNITED STATES MAGISTRATE JUDGE