IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES KEGLER, #127802, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv619-F |
| | ) | |
| WARDEN G. MOSELY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

This cause is before the court on the Plaintiff's Objection to Report and Recommendation (Doc. # 12). Because this motion was filed after the District Court's entry of the order (Doc. #11) adopting the Magistrate's Report and Recommendation (Doc. #6), this motion will be construed as a Motion for Reconsideration. Upon consideration of the motion, it is hereby

ORDERED that the motion is DENIED.

DONE this 6th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE