IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Charles A. Kegler,
AIS# 127802
    PLAINTIFF,

VS:                    Civil Action no. 2:05-cv-619-f

Gwendolyn Mosley, et.al.,
    DEFENDANTS

## APPEAL FROM MAGISTRATE JUDGE TO DISTRICT JUDGE UNDER TITLE 28, U.S.C. 636 (c) (4)

    Comes now Plaintiff, Charles A. Kegler, and appeals the decision of the magistrate judge denying plaintiff's request for production of documents under rule 34, entered on the 5th day of October, 2005.

    1) The documents requested by the Plaintiff are relevent to the issues raised by the plaintiff : The issue of safe drinking water makes the requst for information related to the storage and amount of water supplied to Easterling Correctional facility relevent and have not been supplied to plaintiff by defendants.

    2) The request for document s and reports related to co-payments by inmates for medical treatments is relevent and has not been supplied to plaintiff.

    3) Is this Court going to deny plaintiff the means necessary to prove the claims in this Court ?????

Done on this    day of October, 2005        Charles Kegler
                                                          200 Wallace dr.
                                                          Clio, AL 36017

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Appeal from the Magistrate judge's order on the person's who's address's are below by placing same in the prison legal mail system at Easterling Correctional facility free legal mail.

Defendant Attorney
Alabama Department of Corrections
Legal Division
P.O.Box 301501
Montgomery, Al 36130




Done on this 7 day of October ,2005

Clio, Al 36017

*Charles Kegler*
Charles Kegler
200 Wallace dr.
Clio, AL 36017

Marlo Kegler
#127802-263-108
Easterlings Corr. Fac.
200 Wallace Drive
Clio, Ala 36017

LEGAL MAIL

2:05CV619

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711