In The United States District Court
For The Middle District of Alabama
Northern Division

Charles Anthony Kegler
Plaintiff

Case No 2:05-CV-619-F

V.

Gwendolyn Mosley, et al.,
Defendants.

## Motion For An Extension of Time

Comes Now Petition Ask This Honorable Court that an Extension of (14) Fourteen Additional Days, Be Allowed for Petition To Finish His Response To Said Order on September 28, 2005 and Have Affidavits To Be Done By The Notary Here at Easterling Corr. Fac.
Date Due After Extension October 30, 2005
I Thank This Honorable Court Respectfully.

Very Truly

Charles Kegler
Charles A. Kegler
200 Wallace Dr
Clio, Ala 36017

Received 2005 OCT 19 A 10:00

CERTIFICATE of SERVICE

I hereby Certify That I Have served a copy of the foregoing upon The office of The Alabama Attorney General, 11 South Union Street, Montgomery Alabama 36150, by Placing A Copy of The same in The Prison Free Mail Room For the United States Mail

Done on 14th This Date of October 2005

Charles Anthony Kegler

*Charles Anthony Kegler*