IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| CHARLES ANTHONY KEGLER, #127 802 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-619-F |
| GWENDOLYN MOSLEY, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time and for good cause, it is ORDERED that:

1. Plaintiff's motion (Doc. No. 19) is GRANTED; and

2. Plaintiff is GRANTED an extension from October 18, 2005 to October 31, 2005 to file his response to Defendants' written report.

DONE, this 24th day of October, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE