RECEIVED
2005 OCT 24

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES ANTHONY KEGLER,
AIS # 127802,        Plaintiff,

VS.                                CIVIL ACTION NO:
                                   2:05-CV-619-F-(WO)

WARDEN G. MOSELY, et al.,
              Defendant's,

PLAINTIFF'S REQUEST TO BE ALLOWED TO
            PROCEED WITH DISCOVERY REQUESTS

COMES NOW, CHARLES ANTHONY KEGLER, appearing Pro-Se, in the above styled Cause, and would respectfully file this, the Plaintiff's Request to this Honorable Court, pursuant to RULE 26 (D) F.R.CIV.P., and seeks this Honorable Court's permission to proceed with the Plaintiff's Discovery against the Defendant's.

Additionally, Plaintiff seeks this Honorable Court's permission to serve a Discovery Request in the form of PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS on a Third Party, NOT ASSOCIATED OR A PARTY TO THE CAUSE, the ALABAMA DEPARTMENT OF ENVIROMENTAL MANAGEMENT, whose address is POST OFFICE BOX 301463, 1400 COLISEUM BLVD, MONTGOMERY, ALABAMA 36110-2059.

Plaintiff avers to this Honorable Court, that without Discovery, the Plaintiff's ability to Prosecute and Prove his case will be extremely difficult. The requested Discovery is " RELEVANT" to the Plaintiff's case, as it will support the Truth of the Plaintiff's claims, and at the same time, assist the Plaintiff in the Denial of several points that the Defendant's have made concerning the Water used at EASTERLING CORRECTIONAL FACILITY.

WHEREFORE, Plaintiff, respectfully prays that this Honorable Court will thus allow the Plaintiff to proceed with all of the Plaintiff's Discovery Requests.

DATED: OCTOBER 20, 2005.                    Respectfully Submitted,

*Charles Anthony Kegler*
CHARLES ANTHONY KEGLER
AIS # 127802   DORM 6-B 108
EASTERLING CORR. FAC.
200 WALLACE DRIVE
CLIO, ALABAMA   36017

## CERTIFICATE OF SERVICE

I hereby certify that I have srved a copy of the foregoing Motion upon Counsel for the Defendants, by placing said Copy in the U.S. Mailbox located on the Easterling Corr. Fac. Property, with with First Class Postage Affixed and properly dated, and addressed to: MR. TROY KING, ATTORNEY GENERAL, and MR. JEFFRY H. LONG, ASSISTANT ATTORNEY GENERAL, at OFFICE OF THE ATTORNEY GENRAL, ALABAMA STATE HOUSE, 11 SOUTH UNION STREET, MONTGOMERY, ALABAMA 36130, ON OCTOBER 20, 2005.

                                            Respectfully Submitted,

*Charles Anthony Kegler*
CHARLES ANTHONY KEGLER

- 2 -