IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES A. KEGLER, #127802, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-619-F |
| ) | |
| GWENDOLEN MOSELEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This cause is before the Court on the Defendants' Appeal from Magistrate Judge (Doc. #18) filed on October 13, 2005. This motion challenges the October 5, 2005 Order (Doc. #16) entered by Magistrate Judge Susan R. Walker denying the Plaintiff's request for documents.

Upon consideration of the Plaintiff's request, the Court construes this motion as an objection to an order of a Magistrate Judge under Federal Rule of Civil Procedure 72(a). This Court has reviewed the objections and the Magistrate Judge's Order and finds that the Magistrate Judge's Order is neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, Plaintiff's objections, as articulated in the motion, are OVERRULED. It is further ORDERED that this case is hereby REFERRED back to the Magistrate Judge for appropriate action or recommendation.

DONE this 25th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE