IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

CHARLES ANTHONY KEGLER, #127 802     *

    Plaintiff,     *

v.     * CIVIL ACTION NO. 2:05-CV-619-F

GWENDOLYN MOSLEY, *et al.*,     *

    Defendants.     *

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion for Permission to Conduct Discovery. The court has carefully reviewed Plaintiff's motion, including his proposed discovery requests (*see* Doc. Nos. 21-23) and concludes that the motion is due to be denied. The discovery sought by Plaintiff is either cumulative of information already provided by Defendants or irrelevant to a determination of the issues pending before this court.

Accordingly, it is ORDERED that the Motion for Permission to Conduct Discovery (Doc. No. 22) is DENIED.

DONE, this 2nd day of November, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE