RECEIVED

2005 NOV 17

DEBRA P. HACKETT
CLERK, U.S. DISTRICT CO.
MIDDLE DISTRICT

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

CHARLES ANTHONY KEGLER
# 127802         Plaintiff,

VS.                                    CIVIL ACTION NO:
                                       2:05-cv-619-F (WO)

GWENDOLYN MOSLEY, ET AL.,
        Defendants,


### PLAINTIFF'S OBJECTION TO THE RECOMMENDATION OF THE MAGISTRATE JUDGE.

COMES NOW, CHARLES ANTHONY KEGLER, Plaintiff, proceeding Pro-SE, in the above styled Cause, and would respectfully file this Instant OBJECTION TO THE RECOMMENDATION OF THE MAGISTRATE JUDGE, which was filed on the 4th day of November, 2005.

Plaintiff would state the following in support:

Plaintiff avers that, the Plaintiff has repeatedly attempted to obtain Nurse Teal's Correct Work address or Home Address, by sending requests slips to Ms. K. Wilson D.O.N, who works in the Prison health Care Unit, and thus was also Nurse Teal's Immediate Supervisor during the Time, that Nurse teal worked at Easterling Correctional Facility. To this date, those same request slips have yet to be replied too, or even sent back to the Plaintiff.

Had this Honorable Court allowed and or permitted the Plaintiff to proceed and begin with the Plaintiff's Discovery Requests, the Plaintiff would have been able to provide this Honorable Court with the Correct address so, that Nurse teal coul have been served with the Summons.

The Plaintiff avers that the Plaintiff should not be punished by this Honorable Court, because this Honorable Court has denied the Plaintiff all efforts to obtain Discovery Requests, which would allow the Plaintiff the opportunity to find out and or obtain the information that the Plaintiff needs.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court, <u>DOES NOT</u> follow or approve of the magistrate Judge's Recommendation, that Nurse Teal be Dismissed from this Action, as it is through no fault of the Plaintiff, that, the Plaintiff has not yet been able to obtain Nurse Teals, present Home and or Work address.

Plaintiff is presently attempting to contact the Main Offices of PRISON HEALTH SERVICES, located in Birmingham (?) ALABAMA, to see, if they would provide this Honorable Court with Nurse teals present or last known Home Address.

The Plaintiff avers that the Plaintiff is doing everything in his power to obtain this Information, yet, the, Plaintiff is limted in what the Plaintiff can and cannot do, as he is a State Prisoner in the ALABAMA DEPARTMENT OF CORRECTION and the Plaintiff DOES NOT have access to this information.

DATED: NOVEMBER 18, 2005.

Respectfully Submitted,

*Charles A. Kegler*
CHARLES ANTHONY KEGLER
AIS # 127802    6-B
EASTERLING CORR. FAC.
200 Wallace Drive
Clio, Al.   36017

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of NOVEMBER, 2005, that I have placed in the Institutional mailbox at EASTER-LING CORRECTIONAL FACILITY a true and correct copy of the foregoing PLAINTIFF'S OBJECTION TO THE MAGISTRATE JUDGE'S RECOMMENDATION, by placing same in the U.S. Mail, with First Class Posztage affixed and properly addressed as follows:

MR. Troy King      ATTN. Gen.
MR. Jeffery H. Long, Assist. Attn. gen
ALA. State House
11 South Union St,
Montgomery, AL. 36130

_Charles Anthony Kegler_
CHARLES ANTHONY KEGLER

- 3 -

Charles A. Kegler
12402 B-340
E.C.F. 200 Wallace Drive
C.O., AL 36130

LEGAL MAIL

Alabama State Prison and the Alabama Department evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

36104+4036-99 C006

Clerk of Court
U.S. District Court
Middle District of Alabama
15 Lee Street
Montgomery, Alabama
36104