IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECO

CHARLES ANTHONY KEGLER,
# 127802,      Plaintiff,      2005 NOV 22  A 9: 56

VS.                          DEBRA P.I            CIVIL ACTION NO:
                             U.S. DIST             2:05-cv-619-F (WO)
GWENDOLYN Mosley, et al., MIDDLE
                Defendant's,

PLAINTIFF'S OBJECTION TO MAGISTRATE
JUDGE'S ORDER DATED
NOVEMBER 02, 2005.

____ COMES NOW, CHARLES ANTHONY KEGLER, proceeding Pro-SE,
in the above styled Cause, and respectfully submits and files
this the " PLAINTIFF'S OBJECTION TO THE MAGISTRATE JUDGE'DS
ORDER DATED NOVEMBER 02, 2005.

    Plaintiff would file such Objection under RULE 22 72 (A)
F.R.CIV.P. 2005.

    Plaintiff avers that MAGISTRATE JUDGE WALKER continuously
keeps denying the Plaintiff any opportunity to start or begin
Discovery proceedings.

    Without said Discovery, how can the Plaintiff hope to
prosecute said Action and even possibly win this Action??

    Plaintiff avers that the F.R.CIV.P. " STRONGLY FAVORS
DISCOVERY WHENEVER POSSIBLE." SEE: FARNSWORTH VS. PROCTER
& GAMBLE CO., 758 F.2d. 1545. ( 11th Cir. 1985).

    Plaintiff further avers that the purpose of Discovery
after a Motion for Summary Judgement, " Is to TEST THE TRUTH
OF ALLEGATIONS OF THE PELADINGS". SEE:

CHARASH VS. OBERLIN COLLEGE, 14 F.3rd. 291 ( 6th Cir. 1994).

According to the case of: PACITTI VS. MACY'S, 193 F.3rd. 766 ( 3rd. Cir. 1999), that Honorable Court held,: " Federal Rules allow Broad and Liberal Discovery."

In the case of: MOORE VS. MCDONALD, 30 F.3rd. 616, ( 5TH Cir. 1994), that Court held that: " CIVIL RIGHT'S COMPLAINT'S ARE TO BE LIBERALLY CONSTRUED."

Plaintiff avers that, without being allowed any Discovery what-so-ever, the Plaintiff is and would be unable to bring forth the necessary proof needed in Order to prove his Case. Furhermore, by allowing Discovery, the R&&D&&& Plaintiff would thus be able to provide this Honorable Court with Hopefully the correct working address of Nurse Teal, since Process upon Defendant Teal, has yet to be completed.

This is DENYING the Plaintiff his right to a fair and Just opportunity to fully show and prosecute his claims, and furhter more DENIES the Plaintiff of everything that the United States Constitution provides to prisoners. The Best interest of Justice IS NOT  being served with the Magistrate Judge doing everything in her power to Deny the Plaintiff, every possible chance to prove and show that his claims against the Defendant's are Just and proper.

WHEREFORE, premises considered, the Plaintiff Prays that this Honorable Court would thus DENY the magistrate Judge's RECOMMENDATION, and thus the Plaintiff would furthernore, respectfully request the priviledge of being allowed to begin and start his Discovery Procedures, to obtain the necessary proof to or in order to be able to win his claims.

- 2 -

DATED:   NOVEMBER _8_, 2005.        Respectfully Submitted,

                                    _Charles Anthony Kegler_
                                    CHARLES ANTHONY KEGLER
                                    AIS # 127802  6-B
                                    EASTERLING CORR. FAC.
                                    200 WALLACE DRIVE
                                    CLIO, AL.  36017

### CERTIFICATE OF SERVICE

I hereby certify that on this the _8_ day of November, 2005
that I have served a copy of the foregoing OBJECTION TO
MAGISTRATE JUDGE'S ORDER DATED NOVEMBER 02, 2005, on the
Defendant's Attorney's by placing same in the Institutional
Mailbox, with First Class Postage affixed and properly addressed
as follows:

MR. TROY KING     ATTN. Gen.
MR. Jeffrey H. Long   Assist. ATTN. Gen.
ALA. STATE House
11 SOUTH UNION ST.
Montgomery AL 36130

                                    _Charles A. Kegler_
                                    CHARLES ANTHONY KEGLER