RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA 2005 NOV 23 P 1: 51
NORTHERN DIVISION

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CHARLES ANTHONY KEGLER, # 127802,
    Plaintiff,

VS.

                                                CIVIL ACTION NO:
                                                2:05-cv-619-F (WO)

GWENDOLYN MOSLEY, et al.,
    Defendant's,

## PLAINTIFF'S REQUEST TO SHOW COURT
## PROOF OF ATTEMPT TO LOCATE NURSE TEAL'S ADDRESS

    COMES NOW, Plaintiff, CHARLES ANTHONY KEGLER, proceeding Pro-Se, in the above styled Cause, and would respectfully like to make part of the Official Record, the Plaintiff's enclosed Returned Request slip, that and in which he sent to NURSE K. WILSON, D.O.N. at EASTERLING CORRECTIONAL FACILITY concerning Nurse teal's address, and if Nurse K. Wilson, could not send it to the Plaintiff, would she send it directly to this Court? Ms. K. Wilson, D.O.N. stated, that she did not have Nurse Teal's address, szomeone who was within her employance for XX amount of years.

    Plaintiff is still awaiting for a response from the Main Office of PRISON HEALTH SERVICES, which is the main provider for Medical services for Inmates, in which he has asked them for their assistance in gaining the same information.

    WHEREFORE, Plaintiff prays that this Honorable Court WOULD NOT DISMISS NURSE TEAL from this action, as it is not the Plaintiff's fault that he is unable to locate Nurse Teal's present address, although the Plaintiff avers that he feels that this

feels that this Information could be retrieved and found if the Plaintiff was granted the ability to proceed with Discovery.

DATED: NOVEMBER 15th, 2005.                     Respectfully Submitted

                                                *Charles Anthony Kegler*
                                                CHARLES ANTHONY KEGLER
                                                # 127802  6-B 90
                                                E.C.F.
                                                200 Wallace Drvive
                                                CLIO, Alabama  36017


## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of November, I have mailed a copy of the foregoing Motion ( WITH THE EXCEPTION OF THE REQUEST SLIP, as the Plaintiff only has the Original and the Plaintiff is unable to even keep a copy for his own records) upon Attorney's for the Defendant's by plaing it in the Institutional mailbox at Easterling Correctional Facility with First Class Postage Affixed and addressed as:

MR. TROY KING, ATTN. GENERAL
MR. Jeffery H. Long. Assist. Attn. General
OFFICE OF THE ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA  36130

                                                *Charles Anthony Kegler*
                                                CHARLES ANTHONY KEGLER

- 2 -

Ms. Wilson D.O.N. Healthcare

# INMATE REQUEST SLIP

Reply

Name **CHARLES KEGLER** Quarters **6-B-108** Date **11-09-05**

AIS # **127802**

( ) Telephone Call
( ) Special Visit
( ) Custody Change
( ) Time Sheet
( ) Personal Problem
(✓) Other _____

**Briefly Outline Your Request - Then Drop In Mail Box**

Ms. Wilson, I am attempting to locate Nurse Teal's address so she can be served. If you won't send it to me would you send it to the Clerk of the Court, U.S. District Court, Middle Dist. of AL, Case # 2:05-CV-619-F (WO). I need to see you, please send for me when you get this. Thank you!!
Charles Kegler 127802 - 6B-108

**Do Not Write Below This Line - For Reply Only**

Mr. Kegler, I do not have Ms. Teal's address. K.Wilson, RN/HA 11-10-05.
Spoke with you on 11-10-05 afternoon, 2:40pm, + explained this. K.Wilson—

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)
( ) Warden
( ) Classification Supervisor
( ) Deputy Warden
( ) Legal Officer - Notary Public
( ) Captain
( ) Record Office

NOV 10 2005

N176