IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES A. KEGLER, #127802 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-619-F |
| | ) | |
| GWENDOLYN MOSELEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

This cause is before the Court on the Planitiff's Objection to Report and Recommendation (Doc. #28) filed on November 17, 2005. After an independent review of the Magistrate Judge's Report and Recommendation (Doc. # 27) and the Plaintiff's objection, the Court finds that the Magistrate Judge's order is neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, it is hereby

ORDERED that Plaintiff's objection (Doc. #28) is OVERRULED, and the Plaintiff's claims against Nurse Teal are DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that this case is hereby REFERRED back to the Magistrate Judge for appropriate action or recommendation on all pretrial matters.

DONE this 28th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE