```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003827
Cashier ID: khaynes
Transaction Date: 02/11/2008
Payer Name: ELMORE CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: CHARLES ANTHONY KEGLER
 Case/Party: D-ALM-2-05-CV-000619-001
 Amount:         $34.00
------------------------------------
CHECK
 Check/Money Order Num: 32380
 Amt Tendered: $34.00
------------------------------------
Total Due:      $34.00
Total Tendered: $34.00
Change Amt:     $0.00
```