```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005027
Cashier ID: khaynes
Transaction Date: 05/08/2008
Payer Name: ELMORE CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: CHARLES A KEGLER
 Case/Party: D-ALM-2-05-CV-000619-001
 Amount:        $14.33
------------------------------------
CHECK
 Check/Money Order Num: 32657
 Amt Tendered: $14.33
------------------------------------
Total Due:     $14.33
Total Tendered: $14.33
Change Amt:    $0.00
```